# IN THE SUPREME COURT OF PENNSYLVANIA
## MIDDLE DISTRICT

COMMONWEALTH OF PENNSYLVANIA,   :   No. 381 MAL 2016

             Respondent     :   Petition for Allowance of Appeal from
                               :   the Order of the Superior Court

                 v.                 :

RALEIGH NATHAN GRANT,         :

             Petitioner      :

## ORDER

**PER CURIAM**

    **AND NOW**, this 19th day of October, 2016, the Petition for Allowance of Appeal is **DENIED**.